1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95618**
   **Telephone:   530.759.0700**
4  **Facsimile:   530.759.0800**

5  **Attorney for Defendant**
   **ANDRES GUZMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-CR-00288 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ANDRES GUZMAN, | |
| Defendant. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael McCoy, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Andres Guzman, that the status conference presently set for December 19, 2013, be continued to January 30, 2014, at 9:00 a.m., thus vacating the presently set status conference.

    The parties need additional time to continue to distribute and review case discovery. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time

1 from the date of the filing of the order until the date of the status conference, January 30, 2014.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 13, 2013 | By: /s/ Jennifer C. Noble<br>JENNIFER C. NOBLE<br>WISEMAN LAW GROUP<br>Attorney for Defendant<br>ANDRES GUZMAN |
| Dated: December 13, 2013 | Benjamin B. Wagner<br>United States Attorney<br><br>By: /s/ Michael McCoy<br>MICHAEL MCCOY<br>Assistant U.S. Attorney |

## PROPOSED ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///
///

1 | The Court orders that the time from the date of the parties' stipulation, December 19, 2013, to and including January 30, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the December 19, 2013, status conference shall be continued until January 30, 2014, at 9:00 a.m

**IT IS SO ORDERED.**

**Dated:  December 15, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT