Law Offices of
HOWARD J. SHOPENN - CSBN 72641
8484 Wilshire Boulevard – Suite 605
Beverly Hills, CA 90211
Telephone: 310.657-1663
Facsimile:  310.652-9609

Attorney for Defendant
ANDRES GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00288 MCE |
| Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF PRESENCE |
| ANDRES GUZMAN, | |
| Defendant. | |

      Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

      Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times

and delays under the Act without defendant being present.

Dated:    January 27, 2014                          /s/ Andres Guzman
                                                                    ANDRES GUZMAN


Approved:  January 27, 2014                         By: /s/  Howard J. Shopenn
                                                                    HOWARD J. SHOPENN
                                                                    Attorney for Defendant
                                                                    ANDRES GUZMAN


Dated:    January 27, 2014                          Respectfully submitted,

                                                                    By: /s/ Howard J. Shopenn
                                                                    HOWARD J. SHOPENN
                                                                    Attorney for Defendant
                                                                    ANDRES GUZMAN


**ORDER**

I approve the above waiver of presence.

IT IS SO ORDERED.

Dated:  January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT