Howard J. Shopenn
State Bar Number 72641
8484 Wilshire Blvd., Ste 605
Beverly Hills, CA 90211
Telephone: (310) 657-1663
Fax: (310) 652-9609

**Attorney for Defendant**
ANDRE GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,          )<br>                                                              )<br>       v.                                                 )<br>                                                              )<br>ANDRE GUZMAN                           )<br>                        Defendant.    )<br>_____ ) | CASE NO. 2:13-CR-00288-MCE-1<br><br>SUBSTITUTION OF COUNSEL AND ORDER |

Notice is hereby given that, subject to the approval of the court, ANDRE GUZMAN, defendant in the above-entitled matter, and pursuant to Rule 83.182(g) of the Local Rules of the United States District Court for the Eastern District of California, accepts and substitutes appointed counsel, HOWARD . SHOPENN, as retained counsel, who is located at 8484 Wilshire Boulevard, Suite 605, Beverly Hills, California, 90211, telephone number (310) 657-1663, as his attorney of record inplace and sread of JENNIFER C. NOBLE, Attorney at Law.

Dated: January 24, 2014                              Respectfully submitted,

                                                                    By:  /s/ Howard J. Shopenn
                                                                         HOWARD J. SHOPENN
                                                                         (Original Signature filed electronically)

1  I accept the above substitution.

2  Dated: January 24, 2014                    By:    signature filed electronically
3                                                    ANDRES GUZMAN

4  I accept the above substitution.

5  Dated: January 27, 2014                    By:    /s/ Jennifer C. Noble
6                                                    JENNIFER C. NOBLE

9                                **ORDER**

10         IT IS SO ORDERED.

11  Dated:  January 29, 2014

13  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
14  UNITED STATES DISTRICT COURT