1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
      **1477 Drew Avenue, Suite 106**
3     **Davis, California 95618**
      **Telephone:**   **530.759.0700**
4     **Facsimile:**   **530.759.0800**

5  **Attorney for Defendant**
   **ANDRES GUZMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2: 13-CR-00288 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ANDRES GUZMAN, | |
| Defendant. | |

19      IT IS HEREBY stipulated between the United States of America through its
20  undersigned counsel, Michael McCoy, Assistant United States Attorney and Jennifer C.
21  Noble, attorney for defendant Andres Guzman, that the status conference presently set
22  for January 30, 2014, be continued to March 27, 2014, at 9:00 a.m., thus vacating the
23  presently set status conference.
24      The parties need additional time to continue to distribute and review case
25  discovery. A Substitution of Attorney for Attorney Howard Shopenn has been filed and it
26  is anticipated that Mr. Shopenn will be counsel of records by March 27, 2014.  Further,
27  Mr. Shopenn is aware of the date and agrees to appear at that time. Therefore, counsel
28  for the parties stipulate and agree that the interests of justice served by granting this

continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 27, 2014.

**IT IS SO STIPULATED.**

Dated: January 28, 2014                     By: /s/ Jennifer C. Noble
                                            JENNIFER C. NOBLE
                                            WISEMAN LAW GROUP
                                            Attorney for Defendant
                                            ANDRES GUZMAN

Dated: January 28, 2014                     Benjamin B. Wagner
                                            United States Attorney

                                            By: /s/ Michael McCoy
                                            MICHAEL MCCOY
                                            Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 28, 2014, to and including March 27, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 30, 2014, status conference shall be continued until March 27, 2014 at 9:00 a.m

IT IS SO ORDERED.

Dated:  January 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT