Law Offices of
HOWARD J. SHOPENN - CSBN 72641
8484 Wilshire Boulevard – Suite 605
Beverly Hills, CA 90211
Telephone: 310.657-1663
Facsimile: 310.652-9609

Attorney for Defendant
ANDRES GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANDRES GUZMAN,<br>Defendant. | Case No. CR S 13-CR-00288 MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael McCoy, Assistant United States Attorney and Howard J. Shopenn, attorney for defendant Andres Guzman, that the status conference presently set for April 3, 2014, be continued to July 31, 2014 at 9:00 a.m., thus vacating the presently set status conference.

Counsel for defendant needs additional time to review discovery, engage in additional research and investigation, request additional discovery productions from the government, discuss potential resolutions with his client, prepare pretrial motions, and/or otherwise prepare for trial.

Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.

The government does not object to the continuance.

Therefore, counsel for the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 31, 2014.

**IT IS SO STIPULATED.**

Dated: March 26, 2014

/s/ Andres Guzman
ANDRES GUZMAN

Approved: March 26, 2014

By: /s/ Howard J. Shopenn
HOWARD J. SHOPENN
Attorney for Defendant
ANDRES GUZMAN

Approved: March 26, 2014

By: /s/ Michael McCoy
MICHAEL MCCOY
Assistant U.S. Attorney

Dated: March 26, 2014

Respectfully submitted,

By: /s/ Howard J. Shopenn
HOWARD J. SHOPENN
Attorney for Defendant
ANDRES GUZMAN

## ORDER

The Court, having received, and considered the stipulation of the parties, and good cause appearing thereform, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. §3161.

In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the end of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 3, 2014, to and including July 31, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 3, 2014, status conference shall be continued to July 31, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: April 2, 2014**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT