1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-00288-MCE

12                     Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                          ORDER

14 ANDRES GUZMAN,                         DATE: July 24, 2014
                                          TIME: 9:00 a.m.
15                     Defendant.         COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on July 24, 2014.

21        2.      By this stipulation, defendant now moves to continue the status conference until October

22 23, 2014, and to exclude time between July 24, 2014, and October 23, 2014, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24                a)      The government has represented that the discovery associated with this case has

25 been either produced directly to counsel and/or made available for inspection and copying.

26 ///

27 ///

28 ///

b)    Counsel for defendant desires additional time to review discovery, engage in additional research and investigation, discuss potential resolutions with his client, prepare pretrial motions, and/or otherwise prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 24, 2014 to October 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6

7    Dated:  July 16, 2014                              BENJAMIN B. WAGNER
                                                         United States Attorney
8

9                                                        /s/ MICHAEL D. McCOY
                                                         MICHAEL D. McCOY
10                                                       Assistant United States Attorney

11

12   Dated:  July 16, 2014                              /s/ HOWARD J. SHOPENN
                                                         (e-mail authorization to sign)
13                                                       HOWARD J. SHOPENN
                                                         Counsel for Defendant
14                                                       Andres Guzman

15                                      **ORDER**

16        IT IS SO ORDERED.

17   Dated:  July 22, 2014

18

19

20                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28