BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ANDRES GUZMAN,<br><br>                  Defendant. | CASE NO. 2:13-CR-00288-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 24, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 24, 2014.

2. By this stipulation, defendant now moves to continue the status conference until December 4, 2014, and to exclude time between October 24, 2014, and December 4, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have been involved in plea negotiations, and the Government has recently extended a formal plea offer to the defendant. Defense counsel needs additional time to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 reevaluate the discovery previously provided by the Government, review the formal plea
2 agreement with the defendant, and make recommendations to the defendant regarding acceptance
3 or rejection of the offer.  If the defendant decides to enter into the plea agreement, defense
4 counsel will need additional time to prepare the defendant for a change of plea hearing.

5       b)     Counsel for defendant believes that failure to grant the above-requested
6 continuance would deny him the reasonable time necessary to review the Government's formal
7 plea offer with the defendant, and to effectively prepare for a possible change of plea, taking into
8 account the exercise of due diligence.

9       c)     The government does not object to the continuance.

10       d)     Based on the above-stated findings, the ends of justice served by continuing the
11 case as requested outweigh the interest of the public and the defendant in a trial within the
12 original date prescribed by the Speedy Trial Act.

13       e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14 et seq., within which trial must commence, the time period of October 24, 2014 to December 4,
15 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
16 T4] because it results from a continuance granted by the Court at defendant's request on the basis
17 of the Court's finding that the ends of justice served by taking such action outweigh the best
18 interest of the public and the defendant in a speedy trial.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant United States Attorney

Dated: October 15, 2014

/s/ HOWARD J. SHOPENN
(e-mail authorization to sign)
HOWARD J. SHOPENN
Counsel for Defendant
Andres Guzman

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT