Law Offices of
HOWARD J. SHOPENN - CSBN 72641
8484 Wilshire Boulevard – Suite 605
Beverly Hills, CA 90211
Telephone: 310.657-1663
Facsimile:  310.652-9609

Attorney for Defendant
ANDRES GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00288-MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ANDRES GUZMAN, | ) | |
| Defendant. | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael McCoy, Assistant United States Attorney and Howard J. Shopenn, attorney for defendant Andres Guzman, that the status conference presently set for February 19, 2015, be continued to April 23, 2015 at 9:00 a.m., thus vacating the presently set status conference.

    Counsel for defendant needs additional time to complete the plea agreement in this matter.

    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    The government does not object to the continuance.

Therefore, counsel for the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 23, 2015.

**IT IS SO STIPULATED.**

Dated:    February 12, 2015                     /s/ Andres Guzman_____
                                                               ANDRES GUZMAN

Approved:  February 12, 2015                    By: /s/  Howard J. Shopenn
                                                      HOWARD J. SHOPENN
                                                      Attorney for Defendant
                                                      ANDRES GUZMAN

Approved:  February 12, 2015                    By: /s/ Michael McCoy
                                                      (via voice authorization)
                                                      MICHAEL MCCOY
                                                      Assistant U.S. Attorney

Dated:   February 12, 2015                      Respectfully submitted,

                                                        By: /s/ Howard J. Shopenn
                                                      HOWARD J. SHOPENN
                                                      Attorney for Defendant
                                                      ANDRES GUZMAN

**ORDER**

The Court, having received, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.

In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the end of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 19, 2015, to and including April 23, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 19, 2015, status conference shall be continued to April 23, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:  February 23, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT